O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ CHRISTOPHER GUPTA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD, Secretary of CA Dept of Corrections and Rehabilitation,<br><br>　　　　　Respondent. | Case No. CV 14-1709-CJC (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and both the original and final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the original Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

1   IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition
2  for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

4  Dated: March 30, 2015

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2