JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ CHRISTOPHER GUPTA, | Case No. CV 14-1709-CJC (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFFREY BEARD, Secretary of CA Dept of Corrections and Rehabilitation, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 30, 2015

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE